Islands granted.   *Mr. Adams C. Carson* for petitioners. *Mr. Grant T. Trent* and *Mr. Logan N. Rock* for respondent.

No. 327. JAMES C. DAVIS, DIRECTOR GENERAL, ETC. *v.* J. J. SMITH, JR., ADMINISTRATOR, ETC.   Error to the Supreme Court of the State of Mississippi.   October 10, 1921. Petition for a writ of certiorari herein granted.   *Mr. H. O'B. Cooper, Mr. J. Blanc Monroe, Mr. Monte M. Lemann, Mr. A. S. Bozeman, Mr. S. R. Prince* and *Mr. L. E. Jeffries,* for plaintiff in error, in support of the petition.   No brief filed for defendant in error.

No. 348. JOHN EWEN *v.* AMERICAN FIDELITY COMPANY.   October 10, 1921.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted.   *Mr. Henry E. Davis* for petitioner.   *Mr. Abram I. Elkus* for respondent.

No. 379. MINNESOTA COMMERCIAL MEN'S ASSOCIATION *v.* MINNIE MAE BENN, AS EXECUTRIX, ETC.   October 10, 1921.   Petition for a writ of certiorari to the Supreme Court of the State of Minnesota granted.   *Mr. David F. Simpson, Mr. A. V. Ricks* and *Mr. William A. Lancaster* for petitioner.   No appearance for respondent.

No. 382. CHARLES McKELVEY ET AL. *v.* UNITED STATES. October 10, 1921.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Ralph W. Adair* for petitioners.   *Mr. Assistant Attorney General Riter* and *Mr. H. L. Underwood.* for the United States.

No. 386. REGAL DRUG CORPORATION *v.* JUSTUS S. WARDELL, AS UNITED STATES COLLECTOR OF INTERNAL REV-